UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTURO JUAN WHITE,

    Petitioner,

v.

    CASE NO. 2:09-CV-13238
    HONORABLE DENISE PAGE HOOD
    UNITED STATES DISTRICT JUDGE

GREG McQUIGGIN,

    Respondent.
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Denise Page Hood, a United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on November 30, 2011.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability is GRANTED in accordance to the opinion.

Dated at Detroit, Michigan, this 30th, day of November , 2011.

    DAVID J. WEAVER
    CLERK OF THE COURT

APPROVED:

    BY: s/Julie Owens
    DEPUTY CLERK

s/Denise Page Hood
HON. DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE